**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| EDWARD ARNEILL HARPER, ADC #121420 | | PLAINTIFF |
| v. | 4:10-cv-00197-JMM-JJV | |
| DOES, Medical Staff, Texarkana Work Release, | | DEFENDANTS |

## JUDGMENT

Pursuant to the Memorandum and Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and hereby is, DISMISSED without prejudice, for failure to prosecute. The relief sought is denied.

IT IS SO ADJUDGED this 15th day of June, 2010.

_____
JAMES M. MOODY
UNITED STATES DISTRICT JUDGE