IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**EDWARD ARNEILL HARPER**                                                **PLAINTIFF**

**V.**                                        **4:10CV000197 JMM**

**TEXARKANA WORK RELEASE**
**MEDICAL STAFF**                                                        **DEFENDANT**

## ORDER

Pending is the Plaintiff's motion for reconsideration and motion for leave to appeal *in forma pauperis*. Plaintiff's complaint was dismissed by the Court on June 15, 2010 for failure to file an amended complaint as directed by Order dated April 30, 2010.

On July 9, Plaintiff filed his motion for reconsideration and motion for leave to appeal *in forma pauperis* stating that he had been transferred to work release in Luxora, Arkansas during the months of April, May and June and did not have a law library or legal counseling during that time. In addition, Plaintiff includes a copy of one page of his original complaint entitled Statement of Claim.

Plaintiff has, again, failed to identify any defendants by name or position/job assignment. Plaintiff has failed to include specific facts concerning his allegations such as dates, times, places, and what constitutional rights he believes were violated. For this reason, Plaintiff has failed to set forth a claim upon which relief may be granted pursuant to § 1983. Therefore, Plaintiff's motion for reconsideration (Docket # 12) is DENIED. Plaintiff's motion to appeal *in forma pauperis* (Docket # 13) is GRANTED.

IT IS SO ORDERED this 12th day of July, 2010.

_____
James M. Moody
United States District Judge